CO-386-online
10/03



FILED

FEB - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Gloria J. Ware           )
                         )
                         )
            Plaintiff    )    Civ   Case: 1:08-cv-00233
      vs                 )          Assigned To : Walton, Reggie B.
Nicklin Associates, Inc., Stericycle, Inc., John  )    Assign. Date : 2/8/2008
Nicklin, Scott Miller, George Fox, Curtis Patton  )    Description: Employ. Discrim.
and David LeBlanc        )
            Defendant    )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Stericycle, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __N/A__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

403452
BAR IDENTIFICATION NO.

Aileen Meyer
Print Name

2300 N Street, NW
Address

Washington, DC   20037-1122
City         State         Zip Code

(202) 663-9227
Phone Number

2