## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Gloria Ware                                    :

           Plaintiff,                          :

       v.                                          :        Civil Action No.:  1:08-cv-00233-RBW

Nicklin Associates, Inc., *et al.*             :

          Defendant.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### AFFIDAVIT OF MARTIN F. CADOGAN

Martin F. Cadogan, being duly sworn says:

1.     I am a member of the Bar of the State of Maryland and am a principal of the law firm of the Law Offices of Arnold M. Weiner, attorneys for Defendant Nicklin Associates, Inc. ("Nicklin").

2.     I submit this affidavit in support of Nicklin's motion to dismiss the Complaint, and to place before the Court and in the Record documents that are referred to in the Complaint.

3.     Attached hereto as Exhibit 1 is a true and correct copy of a document entitled Charge of Discrimination for Charge No. 100-2005-00588, which Plaintiff filed with the EEOC, as referred to in Paragraph 9 of Plaintiff's Complaint.  This document was date stamped by the EEOC at 3:19 p.m. on April 20, 2005.

4.     Attached hereto as Exhibit 2 is a true and correct copy of a document entitled Charge of Discrimination for Charge No. 100-2005-00588, which Plaintiff filed with the EEOC, as referred to in Paragraphs 9 of Plaintiff's Complaint.  This document was date stamped by the EEOC at 11:32 a.m. on April 18, 2005.

63225

I HEREBY DECLARE AND AFFIRM under the penalties of perjury that the contents of the foregoing Affidavit are true and correct.

Date: _2-19-08_           _Martin F. Cadogan_

Martin F. Cadogan

Law Offices of Arnold M. Weiner
Suite 108
2002 Clipper Park Road
Baltimore, MD 21211
(410) 769-8080

*Attorneys for Defendant Nicklin Associates, Inc.*

State of _MAryLAnd_ , County _City_ of _BAltimore_ , To Wit:

I HEREBY CERTIFY, that on this _19th_ day of February, 2008, before me, the subscriber, personally appeared Martin F. Cadogan, made oath in due form of law that the contents of the foregoing Affidavit are true and correct to the best of his knowledge, information, and belief.

My Commission Expires:

_April 1, 2011_         _Eva M. Kline_

Notary Public

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2005-00588 |

| D.C. Office Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)*<br>**Ms. Gloria J. Ware** | Home Phone No. *(Incl Area Code)*<br>**(301) 735-0691** | Date of Birth<br>**11-03-1952** |
|---|---|---|

| Street Address<br>**2514 Lorring Drive Forrestville, MD 20747** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**NICKLIN ASSOCIATES, INC.** | No. Employees, Members<br>**15 - 100** | Phone No. *(Include Area Code)*<br>**(202) 877-0852** |
|---|---|---|

| Street Address<br>**110 Irving Street, N.W., Washington, DC 20010** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **11-24-2003**   Latest **01-23-2005**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.    I began working for the above-named Respondent in July 2003, as a part-time Secretary.  Shortly thereafter I was promoted to Office Manager/Transportation Manager.  I performed both of these positions without a pay increase although it was promised.  In May 2004 I finally received my pay increase not what was actually discussed, but close to it.  The male Transportation Manager received a salary of about $80,000 annually.  I currently perform the same functions and make only $46,000 a year in combination with the Office Managers' responsibilities and was told that I am performing these functions in an outstanding manner.  I have received verbal harassment from the mechanic George Fox, and David Le Blanc, President.  Employees are consistently verbally abused, and threatened with discharge for not wanting to violate DOT regulations.  The place where we work is referred to as the Dumb Fuck Factory(DFF) because most of the staff is Black. Some other comments made are "getting a whip to whip the blacks into shape.""Getting chains to hang signs around the necks of the blacks, and referring to them as Mother Fucking Niggers."  Most of these comments come from the President, the Vice President and George the mechanic.

II.  Respondent has not given me a reason for denying my pay to reach that of other managers nor have they taken corrective action to stop the comments being made.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| *March 9, 2005*<br>Date | *Gloria J. Ware*<br>Charging Party Signature | |
|---|---|---|

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2005-00588 |

| D.C. Office Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE  *(Continued from previous page):*

**III.  I believe that all blacks have been discriminated against and treated in a hostile manner in violation of Title VII of the Civil Rights Act of 1964, as amended.   Blacks are denied equal terms and conditions when it relates to discharge concerning comments being made about race, but white employees are not treated in the same in manner.  I also believe that because of my gender I have been subjected to unequal pay for duties performed in violation Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _____ _____<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year )* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2005-00588 |

| **D.C. Office Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Gloria J. Ware** | **(301) 735-0691** | **11-03-1952** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2514 Lorring Drive Forestville, MD 20747** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **NICKLIN ASSOCIATES, INC.** | **15 - 100** | **(202) 877-0852** |

| Street Address | City, State and ZIP Code |
|---|---|
| **110 Irving Street, N.W., Washington, DC 20010** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☒ OTHER *(Specify below.)*
**Equal Pay**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **11-24-2003**    Latest **04-18-2005**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

## AMENDMENT

**I. On April 13, 2005, I filed an EEOC Charge of Discrimination against the above named Respondent. On April 18, 2005, I arrived to work and encountered Director of Operations Curtis Patton sitting at my desk. I immediately went to Washington Hospital Center's protective Services to file a complaint because I felt threatened due to a verbal altercation, via the telephone, between Mr. Patton and myself. Wherein, Mr. Patton demanded that I submit medical documentation for leaving work early Thursday and taking off Friday. When I returned to my desk a meeting was held between Mr. Patton, Shop Steward Caesar Johnson and myself. During this meeting, I was subjected to unwarranted disciplinary actions and terminated.**

**II. Respondent stated that I was involuntarily terminated due to violation of company policy, insubordination and neglect of duty. I dispute all of these allegations.**

**III. I believe that I was subjected to retaliation for having previously filing an EEOC complaint in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| **Apr 18, 2005**    *Gloria Jean Ware*<br>Date    *Charging Party Signature* | |