AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Gloria Ware

        Plaintiff(s)    )
                              )    **APPEARANCE**

            vs.            )    CASE NUMBER    08-CV-233 (RBW)
Nicklin Associates, Inc., Stericycle, Inc., John Nicklin, Scott )
Miller, George Fox, Curtis Patton, and David LeBlanc. )

       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David M. Hernandez  as counsel in this
                                      (Attorney's Name)

case for: Stericycle, Inc.
           (Name of party or parties)

March 3, 2008
Date

*signature*
Signature

473952
BAR IDENTIFICATION

David M. Hernandez
Print Name

875 15th Street NW, Suite 725
Address

Washington, DC 20005
City    State    Zip Code

(202) 312-3320
Phone Number