UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Gloria Jean Ware, | ) |
| | ) |
| | ) CASE No: 1:08-cv-00233-RBW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Nicklin Associates, Inc., *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO WITHDRAW APPEARANCE AND STAY PROCEEDINGS,
AND MEMORANDUM IN SUPPORT**

Counsel for Plaintiff Gloria Ware moves to withdraw appearance under Local Rule 83.6[c] and 28 U.S.C. § 1654, and to stay proceedings, for good cause show.

1. <u>Request for Consent to Withdrawal</u>

Consent of Defendants for parties who have entered appearances has been requested under Local Rule 7(m). Those parties have only partially consented to this motion. Those parties are: Nicklin Associates, Inc. and Stericyle, Inc.  There is now pending the motion of Nicklin Associates, Inc. to dismiss and a motion for summary judgment of Stericycle, Inc. Not all parties have been served with a summons and complaint.

Nicklin Associates, Inc. and Stericycle consent to withdrawal of appearance.

Plaintiff Gloria Ware consents to withdrawal of appearance, however, at this time, she has not retained substitute counsel. It is not known whether Plaintiff will retain counsel or seek to represent herself.

2. <u>Request for Consent to Stay</u>

Nicklin Associates, Inc. and Stericycle <u>do not</u> consent to stay of these proceedings. Plaintiff, however, seeks a stay for purposes of deciding whether retaining other counsel.

3. <u>Certificate Under Local Rule 83.6[c]</u>

A certificate advising Plaintiff of the notice provisions of Local Rule 83.6[c] is attached.

4. <u>Grounds for Stay</u>

This action is before the court on removal. Plaintiff requires a stay of these proceedings. Two motions are pending. The subject matter is complex litigation involving the enforcement of civil rights statutes arising out of the workplace, against two corporations and individuals. The stay is invoked in the interest of justice.

The pending motions seek dismissal. Because the statute of limitations will have run if the claims are dismissed. Dismissal will involve a disposition of the claims and adjudication on the merits. The summary judgment motion and motion to dismiss will require legal research. Service of the summons and complaint will require issuance of summons by the Clerk of Court.

WHEREFORE, Plaintiff requests that this motion be granted for good cause shown.

                                                   Respectfully submitted,

Dated: March 4, 2008                    /s/
                                            C. Michael Tarone, D.C. Bar # 159228
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202)429-1851)

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Gloria Jean Ware, | ) |
| | ) |
| | ) CASE No: 1:08-cv-00233-RBW |
| <u>        Plaintiff,</u> | ) |
| | ) |
| <u>            v.</u> | ) |
| | ) |
| Nicklin Associates, Inc., *et al.* | ) |
| | ) |
| <u>        Defendants.        </u> | ) |
| | ) |

**NOTICE TO PLAINTIFF OF MOTION OF COUNSEL OF RECORD
TO WITHDRAW APPEARANCE**

This notice is to Plaintiff Gloria J. Ware, under Local Rule 83.3[c].

The last known address of Plaintiff, Gloria J. Ware, is as follows:

> Ms. Gloria J. Ware
> 2514 Lorring Drive
> Forestville, MD 20747

This notice advises you that you should retain other counsel in the above captioned

action.

In the event you intend to conduct the above captioned action *pro se*, or object to the

withdrawal, you should notify the Clerk of Court in writing within five (5) days of service of the above motion to withdraw.

        Clerk of Court
        United States Courthouse
        United States District Court for the District of Columbia
        333 Constitutional Avenue, NW
        Washington, DC   20001

        Respectfully submitted,

Dated: March 4, 2008          /s/
        C. Michael Tarone, D.C. Bar # 159228
        Karl & Tarone
        900 17th Street, NW, Suite 1250
        Washington, DC 20006
        Tel. (202) 293-3200
        Fax (202)429-1851)

        Counsel for Plaintiff

CERTIFICATE OF GOOD FAITH EFFORT TO
OBTAIN CONSENT UNDER LOCAL RULE 7(m)

Counsel for Plaintiff conferred with counsel for the parties who have appeared in this matter, Nicklin Associates, Inc. and Stericyle, Inc. They partially consented to the relief sought herein. They consented, through counsel, solely to the motion to withdraw. They do not consent to the relief of a stay of these proceedings. For these reasons, consent is partial.

Plaintiff has consented to the motion to withdraw in writing.

Respectfully submitted,

Dated: March 4, 2008

/s/
C. Michael Tarone, D.C. Bar # 159228
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202)429-1851)

Counsel for Plaintiff
Gloria Ware

CERTIFICATE OF SERVICE

    I, C. Michael Tarone, hereby certify that I served a copy of the foregoing on the parties identified in the Complaint who have entered appearances in this matter and those who are named as parties, by first class mail, postage prepaid or electronically, on 3/4/08, as follows:

| | |
|---|---|
| Martin F. Cadogan, Esquire<br>c/o Andrew M. Winick, Esquire<br>5004 Roland Avenue<br>Baltimore, MD 21210 | (electronically) |
| Aileen Meyer, Esquire<br>Pillsbury Withtrop Shaw Pittman<br>2300 N Street, NW<br>Washington, DC 20037 | (electronically) |
| David N. Hernandez, Esquire<br>Vedder Price<br>875 15th Street, NW, Suite 725<br>Washington, DC 20005 | (electronically) |
| Ms. Gloria Ware<br>2514 Lorring Drive<br>Forestville, MD 20747 | (by mail) |

/s/ C. Michael Tarone
C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Gloria Jean Ware ) | |
| ) | |
| ) | CASE #: 1:08-cv-00233-RBW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Nicklin Associates, Inc., *et al.* ) | |
| ) | |
| Defendants. ) | |

ORDER

UPON CONSIDERATION of the Motion to Withdraw Appearance and Stay Proceedings, the opposition thereto and the entire record herein, it is this _____ day of March 2008 hereby

ORDERED that the motion to withdraw appearance is granted for good cause shown; and it is

FURTHER ORDERED that the motion to stay proceedings is granted for good cause shown; and it is

FURTHER ORDERED that this action be and hereby is stayed.

SO ORDERED.

_____
Reggie B. Walton
District Court Judge

Copies to: See next page

C. Michael Tarone, Esquire
Tarone & McLaughlin
900 17th Street, NW
Suite 1250
Washington, DC  20006

Andrew M. Winick, Esquire
5004 Roland Avenue
Baltimore, MD 21210

Aileen Meyer, Esquire
Pillsbury Withtrop Shaw Pittman
2300 N Street, NW
Washington, DC 20037

David N. Hernandez, Esquire
Vedder Price
875 15th Street, NW, Suite 725
Washington, DC 20005

By US Mail
Ms. Gloria Ware
2514 Lorring Drive
Forestville, MD 20747