UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| Gloria Jean Ware, | ) | |
| | ) | CASE No: 1:08-cv-00233-RBW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nicklin Associates, Inc., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Gloria J. Ware files hereby moves for enlargement of time file oppositions to the motion to dismiss (Dkt. #3) and motion for summary judgment (Dkt. #5) under Rule 6(b)(1).

Plaintiff seek additional time for good cause shown. A proposed Order is attached.

1.      Counsel for Plaintiff filed a motion to withdraw (Dkt. #5) on 3/4/08.

2.      Plaintiff requested in the 3/4/08 motion stay of the proceedings in light of the motion to withdraw.

3.      This action was removed to this Court by Defendants Nicklin Associates, Inc. ("Nicklin Associates") and Stericycle, Inc. ("Stericycle") under notice of 2/8/08 (Dkt. #1).  After business hours on 3/3/08, the existence of the General Order of this Court was discovered and the restrictions it imposes on motions for enlargement of time. Until that time, a time-enlargement was believed subject only to Rule 6(b)(1).

4.      Pending before the Court is the motion to dismiss under Rule 12(b)(6) of Nicklin Associates and the motion for summary judgment under Rule 56 of Stericycle.

5.      This is Plaintiff's first request for an enlargement of time of any kind in this

matter.

6.      Additional time is requested for good cause shown under Rule 6(b)(1), subject to

this Court's discretion under the General Order. Plaintiff is currently employed by a company

that provides services to the federal government and particularly the State Department, in matters

that related to external affairs of the U.S. government. She has been most often not readily

available for consultation with counsel to assist in this matter. Since the removal of this action

originally filed in the Superior Court for the District of Columbia, communication has been

difficult. It is expected that communication with Ms. Ware may be necessary in connection with

the two motions. Counsel for Plaintiff has pending matters in litigation in this and other courts in

the District of Columbia, Maryland and Ohio. In order to meet the demands of those

representations, this request for additional time for filing a response or opposition to the two

pending motions is necessary.

7.      Plaintiff has conferred in good faith with counsel of record for both Nicklin and

Stericycle under Local Rule 7(m). These communications have been both by phone and letter.

Diligent efforts have been made among counsel to discuss the relief requested in this motion and

to secure consent of the opposing parties. Nicklin and Stericycle, however, are unable to consent

to the request for additional time. Discussions took place over several days. Counsel have made

considerable efforts to cooperate.

8.      It is believed that the grant of this motion will not interfere with any previously

scheduled deadlines.

9.      The two motions are dispositive in nature, and for that reason, Plaintiff

proposes the following deadlines for filing oppositions and replies:

(a)     Plaintiff will file oppositions to the two motions within seven to ten (10) days of the Order granting additional time, or less, assuming that face-to-face participation with her can arranged. The time for reply can be scheduled within ten (10) days of the oppositions. Efforts are being taken by Plaintiff to further expedite the filing of oppositions before ten days.

(b)     In the event that the motion to withdraw is granted before the time for filing oppositions are due, then Plaintiff will require a reasonable time for substitute counsel to review the matter and file oppositions, and for that reason, it is proposed that substitute counsel be given 21 days from the date of entry of appearance, and that replies be filed within 14 days of the oppositions. In the event that Plaintiff elects to proceed *pro se*, then adequate time will be necessary for her to file the oppositions herself, and for that reason, it is proposed that she be given 30 days to file oppositions and that replies be filed within 14 days of the oppositions.

WHEREFORE, Plaintiff requests that this motion be granted for good cause shown.

Respectfully submitted,

Dated: March 4, 2008

      /s/      
C. Michael Tarone, D.C. Bar # 159228
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202)429-1851)


Counsel for Plaintiff
GLORIA J. WARE

Respectfully submitted,


Dated: March 4, 2008                              /s/
                                        C. Michael Tarone, D.C. Bar # 159228
                                        Karl & Tarone
                                        900 17th Street, NW, Suite 1250
                                        Washington, DC 20006
                                        Tel. (202) 293-3200
                                        Fax (202)429-1851)

                                        Counsel for Plaintiff
                                        GLORIA J. WARE

CERTIFICATE OF SERVICE

      I, C. Michael Tarone, hereby certify that I served a copy of the foregoing on the parties identified in the Complaint who have entered appearances in this matter and those who are named as parties, by first class mail, postage prepaid or electronically, on 3/4/08 as follows:

|  |  |
|---|---|
| Martin F. Cardogan, Esquire<br>c/o Andrew M. Winick, Esquire<br>5004 Roland Avenue<br>Baltimore, MD 21210 | (electronically) |
| Aileen Meyer, Esquire<br>Pillsbury Withtrop Shaw Pittman<br>2300 N Street, NW<br>Washington, DC 20037 | (electronically) |
| David N. Hernandez, Esquire<br>Vedder Price<br>875 15th Street, NW, Suite 725<br>Washington, DC 20005 | (electronically) |
| Ms. Gloria J. Ware<br>2514 Lorring Drive<br>Forestville, MD 20747 | (by mail) |

/s/ C. Michael Tarone
C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

_____

Gloria Jean Ware                              )
                                              )
                                              )     CASE #: 1:08-cv-00233-RBW
        Plaintiff,                            )
                                              )
_____v.                               )
                                              )
Nicklin Associates, Inc., *et al.*            )
                                              )
        Defendants.                           )
_____       )

ORDER

UPON CONSIDERATION of the Motion for Enlargement of Time, the oppositions

thereto, and the entire record herein, it is this _____ day of March 2008 hereby

ORDERED that motion be and hereby is granted for good cause shown; and it is

FURTHER ORDERED the oppositions to the motion to dismiss and the motion for

summary judgment be filed on or before ten (10) days from the entry of this Order; and it is

FURTHER ORDERED that the replies be filed within ten (10) days of the oppositions.

SO ORDERED.


                                              _____
                                              Reggie B. Walton
                                              District Court Judge



Copies to:  See Next page

C. Michael Tarone, Esquire
Tarone & McLaughlin
900 17th Street, NW,
Suite 1250
Washington, DC  20006

Andrew M. Winick, Esquire
5004 Roland Avenue
Baltimore, MD 21210

Aileen Meyer, Esquire
Pillsbury Withtrop Shaw Pittman
2300 N Street, NW
Washington, DC 20037

David N. Hernandez, Esquire
Vedder Price
875 15th Street, NW, Suite 725
Washington, DC 20005

By US Mail
Ms. Gloria J. Ware
2514 Lorring Drive
Forestville, MD 20747