# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gloria Ware )<br>　　　　Plaintiff )<br>)<br>vs. )<br>)<br>Nicklin Associates, Inc., Stericycle, Inc., )<br>John Nicklin, Scott Miller, George Fox, )<br>Curtis Patton, and David LeBlanc. )<br>)<br>　　　　Defendants ) | CASE NUMBER  08-CV-233 (RBW) |

## NOTICE OF WITHDRAWAL

To the Clerk of this court and all parties of record:

Please withdraw the appearance of Aileen Meyer as counsel for Defendant Stericycle, Inc. in the above-referenced matter.

Aileen Meyer
Bar Identification No.: 403452
Pillsbury Withtrop Shaw Pittman, LLP
2300 N. Street, N.W.
Washington, DC 20037
Tele: (202) 663-9227

David M. Hernandez
Bar Identification No.: 473952
Vedder Price P.C.
875 15th Street, NW, Suite 725
Washington, DC 20005
Tele: (202) 312-3320

Attorney for Defendant
　　　　Stericycle, Inc.

Dated: March 6, 2008

WASHINGTON_DC/#4697.1

## CERTIFICATE OF SERVICE

I, David M. Hernandez, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance, was served on the following electronically or first class mail on March 6, 2008 as follows:

> C. Michael Tarone, Esquire
> D.C. Bar #159228
> Karl & Tarone
> 900 17th Street, NW, Suite 1250
> Washington, DC 20006

> Martin F. Cardogan, Esquire
> c/o Andrew M. Winick, Esquire
> 5004 Roland Avenue
> Baltimore, MD 21210

David M. Hernandez
D.C. No. 473952
Vedder Price, P.C.
875 15th Street, NW, Suite 725
Washington, DC 20005
Tele: (202) 312-3320

WASHINGTON_DC/#4699.1