UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Gloria Jean Ware, ) | |
| ) | CASE No: 1:08-cv-00233-RBW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Nicklin Associates, Inc., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PARTIAL MOTION FOR ENLARGEMENT OF TIME TO SERVE UNDER RULE 4(m)**

Plaintiff Gloria J. Ware files hereby moves for enlargement of time serve individual Defendants with summons and complaint under Fed. R. Civ. P. 4(m) and 6(b)(1).

Plaintiff seek additional time for good cause shown. A proposed Order is attached.

1. Before removal to his court, Superior Court Judge Brook Hedge granted time enlargement to serve Defendants on 1/24/08 (**Exhibit 1**) under Plaintiff's motion for time enlargement.

2. Under notice of 2/8/08, this action was removed to this court.

3. Efforts by Plaintiff to locate the locations of the individual Defendants for personal service of process have not been successful.

4. The cost of otherwise locating the individuals through a vendor is great.

5. While summons were issued today, 3/7/08, by the Clerk of this Court, messenger service sent to pick up the summons has been told that the summons and attached notice of removal were returned to counsel for Plaintiff by US Mail today. They were not available for hand-pickup. They are now in the mail, we are informed. The Defendants cannot be served

unless the summons are in hand.

6. Efforts to proceed through other means of location are being undertaken.

7. Plaintiff has made good faith efforts to confer with counsel of record for both Nicklin and Stericycle under Local Rule 7(m). These communications have been both by phone and letter.

8. Nicklin Associates consents to additional time. Plaintiff requests 30 days.

9. Stericycle has not provided a response. Plaintiff wrote to counsel for the two Defendants yesterday seeking consent, including Stericycle Counsel spoke with counsel for Stericycle yesterday about the motion and again requested consent. Counsel called counsel for Stericycle this morning, left a voice mail message seeking a response on the motion. Counsel faxed a letter to Stericycle this afternoon to followup and also sent the letter by e-mail as a pdf. Counsel for Stericycle called this afternoon to indicate that a final word was not available.

10. Diligent efforts have been made among counsel to discuss the relief requested in this motion and to secure consent of the opposing parties. Stericycle, however, it is presumed, does not consent to this motion.

11. It is believed that the grant of this motion will not interfere with any previously scheduled deadlines. Dispositive motions are pending.

12. This is the second motion for more time in this action. This is the third motion for time to serve (one of the prior motions in D.C. Superior Court overlapped the other).

13. This motion is being more than four (4) business days from the deadline of 3/14/08.

WHEREFORE, Plaintiff requests that this motion be granted for good cause shown.

Respectfully submitted,

Dated: March 7, 2008

/s/
C. Michael Tarone, D.C. Bar # 159228
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202)429-1851)

Counsel for Plaintiff
GLORIA J. WARE

CERTIFICATE OF SERVICE

      I, C. Michael Tarone, hereby certify that I served a copy of the foregoing on the parties identified in the Complaint who have entered appearances in this matter and those who are named as parties, by first class mail, postage prepaid or electronically, on 3/8/08 as follows:

      Martin F. Cardogan, Esquire    (electronically)
c/o Andrew M. Winick, Esquire
5004 Roland Avenue
Baltimore, MD 21210

      David N. Hernandez, Esquire    (electronically)
Vedder Price
875 15th Street, NW, Suite 725
Washington, DC 20005

      Ms. Gloria J. Ware    (by mail)
2514 Lorring Drive
Forestville, MD 20747

/s/ C. Michael Tarone
C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Gloria Jean Ware   ) | |
| ) | |
| )   CASE #: 1:08-cv-00233-RBW | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | |
| Nicklin Associates, Inc., *et al.*   ) | |
| ) | |
| Defendants.   ) | |

ORDER

UPON CONSIDERATION of the Partial Motion for Enlargement of Time to Serve, the opposition thereto of Defendant Stericycle, Inc., and the entire record herein, it is this _____ day of March 2008 hereby

ORDERED that motion be and hereby is granted for good cause shown; and it is

FURTHER ORDERED Plaintiff is granted an additional (30) days from the entry of this Order to serve the individual Defendants.

SO ORDERED.

_____
Reggie B. Walton
District Court Judge

Copies to:  See Next page

C. Michael Tarone, Esquire
Tarone & McLaughlin
900 17th Street, NW,
Suite 1250
Washington, DC  20006

Andrew M. Winick, Esquire
Martin Cardogan, Esquire
5004 Roland Avenue
Baltimore, MD 21210

David N. Hernandez, Esquire
Vedder Price
875 15th Street, NW, Suite 725
Washington, DC 20005

By US Mail
Ms. Gloria J. Ware
2514 Lorring Drive
Forestville, MD 20747

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

GLORIA JEAN WARE, )
)
Petitioner, )
) 2007 CA 007673 B
v. ) Calendar 7
) Judge Brook Hedge
)
NICKLIN ASSOCIATES, INC., *et al.*, )
)
Defendants. )

## ORDER

Upon consideration of the Second Motion for Time Enlargement to Serve Summons and Complaint on Defendants, the lack of opposition thereto and the entire record herein, it is this 24th day of January 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the time for effectuating service be and the same is hereby extended to March 14, 2008.

**ORDERED** that the Initial Scheduling Conference of February 22, 2008 is rescheduled for March 28, 2008 at 9:30 a.m.

*Brook Hedge*

BROOK HEDGE
JUDGE
(Signed in Chambers)

Copies served electronically through the Court's eFiling system to:

C. Michael Tarone, Esquire

Copies served by US Mail to:

Nicklin Associates, Inc.
Washington Hospital Center

**EX. 1**

Pleadings File
Date: 1-24-08

110 Irving Street, NW
Washington, DC 20010

    Serve: Registered Agent
           Managing Agent

Stericycle Systems, Inc.
28161 N. Keith Drive
Lake Forest, IL 60005,

    Serve: Registered Agent
           Managing Agent

John Nicklin
Nicklin Associates, Inc.
Washington Hospital Center
110 Irving Street, NW
Washington, DC 20010

Scott Miller
Nicklin Associates, Inc.
Washington Hospital Center
110 Irving Street, NW
Washington, DC 20010

George Fox
Nicklin Associates, Inc.
Washington Hospital Center
110 Irving Street, NW
Washington, DC 20010

Curtis Patton
Nicklin Associates, Inc.
Washington Hospital Center
110 Irving Street, NW
Washington, DC 20010

David LeBlanc
Nicklin Associates, Inc.
Washington Hospital Center
110 Irving Street, NW
Washington, DC 20010