UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Gloria Jean Ware, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Nicklin Associates, Inc., *et al.* )<br>)<br>Defendants. )<br>) | CASE No: 1:08-cv-00233-RBW |

**NOTICE OF FILING**

**(Partial Motion for Enlargement of Time to Serve under Rule 4(m))**

Plaintiff Gloria J. Ware files notice that Defendant Stericycle, Inc. consents to this motion for time enlargement under Fed. R. Civ. P. 4(m) and 6(b)(1), under a written communication received after the filing of the Partial Motion for Enlargement of Time to Serve Under Rule 4(m). The motion is without opposition by parties who have entered an appearance in this matter.

Respectfully submitted,

Dated: March 10, 2008

/s/
C. Michael Tarone, D.C. Bar # 159228
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202)429-1851)
Counsel for Plaintiff

GLORIA J. WARE

CERTIFICATE OF SERVICE

    I, C. Michael Tarone, hereby certify that I served a copy of the foregoing on the parties identified in the Complaint who have entered appearances in this matter and those who are named as parties, by first class mail, postage prepaid or electronically, on 3/10/08 as follows:

| | |
|---|---|
| Martin F. Cardogan, Esquire<br>c/o Andrew M. Winick, Esquire<br>5004 Roland Avenue<br>Baltimore, MD 21210 | (electronically) |
| David N. Hernandez, Esquire<br>Vedder Price<br>875 15th Street, NW, Suite 725<br>Washington, DC 20005 | (electronically) |
| Ms. Gloria J. Ware<br>2514 Lorring Drive<br>Forestville, MD 20747 | (by mail) |

    /s/ C. Michael Tarone
    C. Michael Tarone