UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Gloria Jean Ware, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Nicklin Associates, Inc., *et al.* )<br>)<br>Defendants. )<br>) | CASE No: 1:08-cv-00233-RBW |

**NOTICE OF FILING**

**(Attachments to Opposition to Motion for Summary Judgment)**

Plaintiff Gloria Jean Ware hereby gives notice of filing of attachments to Opposition of Motion for Summary Judgment filed on March 17, 2008. The attached Exhibits, (Exhibit F and Exhibit M), should be incorporated into the Motion for Summary Judgment.

Respectfully submitted,

Dated: March 18, 2008    /s/
C. Michael Tarone, D.C. Bar # 159228
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202)429-1851)
Counsel for Plaintiff

GLORIA J. WARE

CERTIFICATE OF SERVICE

    I, C. Michael Tarone, hereby certify that I served a copy of the foregoing on the parties identified in the Complaint who have entered appearances in this matter and those who are named as parties, by first class mail, postage prepaid or electronically, on 3/18/08 as follows:

        Martin F. Cardogan, Esquire    (electronically)
        c/o Andrew M. Winick, Esquire
        5004 Roland Avenue
        Baltimore, MD 21210

        David N. Hernandez, Esquire    (electronically)
        Vedder Price
        875 15th Street, NW, Suite 725
        Washington, DC 20005

        Ms. Gloria J. Ware    (by mail)
        2514 Lorring Drive
        Forestville, MD 20747

        /s/ C. Michael Tarone
        C. Michael Tarone

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2005-00588 |
|---|---|---|

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Gloria J. Ware | (301) 735-0691 | 11-03-1952 |

Street Address: 2514 Lorring Drive Forestville, MD 20747

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NICKLIN ASSOCIATES, INC. | 15 - 100 | (202) 877-0852 |

Street Address: 110 Irving Street, N.W., Washington, DC 20010

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☒ OTHER (Specify below.)
Equal Pay

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-24-2003    Latest: 04-18-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

## AMENDMENT

I. On April 13, 2005, I filed an EEOC Charge of Discrimination against the above named Respondent. On April 18, 2005, I arrived to work and encountered Director of Operations Curtis Patton sitting at my desk. I immediately went to Washington Hospital Center's protective Services to file a complaint because I felt threatened due to a verbal altercation, via the telephone, between Mr. Patton and myself. Wherein, Mr. Patton demanded that I submit medical documentation for leaving work early Thursday and taking off Friday. When I returned to my desk a meeting was held between Mr. Patton, Shop Steward Caesar Johnson and myself. During this meeting, I was subjected to unwarranted disciplinary actions and terminated.

II. Respondent stated that I was involuntarily terminated due to violation of company policy, insubordination and neglect of duty. I dispute all of these allegations.

III. I believe that I was subjected to retaliation for having previously filing an EEOC complaint in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 18, 2005
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Ex. F  4/18/05
TAB #2

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF HUMAN RIGHTS**



**Judiciary Square Office**
441 4th Street, NW Suite 570N
Washington, DC 20001
Phone: (202) 727-4559 • Fax: (202) 727-9589

**Penn Branch Office**
220 Pennsylvania Avenue, SE, 1st Fl
Washington, DC 20020
Phone: (202) 727-4559 • Fax: (202) 645-6390

November 16, 2007

C. Michael Tarone, Esquire
TARONE & MCLAUGHLIN
900 – 17th Street, N.W., Suite 1250
Washington, DC 20006

Dear Mr. Tarone:

Pursuant to the worksharing agreement between the U.S. Equal Employment Opportunity Commission (EEOC) and the D.C. Office of Human Rights (OHR), when a complaint is initially filed with the EEOC, the EEOC cross files the complaint with the OHR or vice versa, the OHR cross files the complaint with the EEOC if it is initially filed with the OHR. The agency initially receiving the complaint has exclusive jurisdiction for the purpose of efficiency in processing the charge. After the first 60 days and at any time prior to the closing of the complaint by the EEOC, a complainant, like Gloria Ware, may request that the charge be transferred to the OHR for investigation and vice versa if the OHR is investigating the complaint. Each agency accepts responsibility for the charge only as long as it has jurisdiction over the claims being transferred.

In Ms. Ware's case, the charge was transferred back to the EEOC from the OHR and the EEOC issued a determination in her case. The case has been closed; no further administrative action will be taken by the OHR.

Sincerely,

*Jewell T. Little*
Jewell T. Little
Agency Counsel
D.C. Office of Human Rights
441 4th Street, N.W., Suite 570N
Washington, DC 20001

COPY

Ex M.